## JEFFREY RUBENSTEIN *v.* BONNIE RUBENSTEIN

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 488 (AC 27634/AC 28298), is denied.

*Bonnie Rubenstein,* pro se, in support of the petition.

Decided November 13, 2008

## STATE OF CONNECTICUT *v.* JOHN F.M.

The defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 181 (AC 25313), is denied.

SCHALLER, J., did not participate in the consideration of or decision on this petition.

*Martin Zeldis,* public defender, in support of the petition.

*James M. Ralls,* senior assistant state's attorney, in opposition.

Decided November 13, 2008

## STATE OF CONNECTICUT *v.* BARRINGTON LINDO

The defendant's petition for certification for appeal from the Appellate Court, 110 Conn. App. 418 (AC 27909), is denied.

*Richard E. Condon, Jr.,* assistant public defender, in support of the petition.

*Sarah Hanna,* deputy assistant state's attorney, in opposition.

Decided November 13, 2008